**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YVETTE R.,

                Plaintiff,                24 **CIVIL** 1438 (GRJ)

      -v-                      **<u>JUDGMENT</u>**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated December 21, 2024, Plaintiff's Motion for Judgment on the Pleadings is due to be GRANTED and this matter is REMANDED for further administrative proceedings. Judgment is hereby entered in favor of the Plaintiff and the case is closed.

**Dated:** New York, New York
           October 22, 2024

                                                **DANIEL ORTIZ**
                                            **Acting Clerk of Court**

                     **BY:**

                                              **Deputy Clerk**